# ELECTRONIC RECORD

*1060-15*
*1061-15*
*1062-15*
*1063-15*

COA # 02-14-00320-CR          OFFENSE: 30.02F1

STYLE: Erik White v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:          AFFIRM          TRIAL COURT: 371st District Court

DATE: 07/30/2015          Publish: NO          TC CASE #: 1316391D

## IN THE COURT OF CRIMINAL APPEALS

*1060-15*
*1061-15*
*1062-15*
*1063-15*

STYLE: Erik White v. The State of Texas          CCA #: _____

_____*APPELLANT'S*_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____*REFUSED*_____          JUDGE: _____

DATE: *10/28/2015*          SIGNED: _____          PC: _____

JUDGE: *Per Curiam*          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD